UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-1931

SABA GETACHEW TEFERA,

Petitioner,

versus

JOHN ASHCROFT, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals. (A79-477-667)

Submitted:  January 5, 2005          Decided:  February 8, 2005

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Oti W. Nwosu, Arthur D. Wright, III, THE WRIGHT LAW NETWORK, Riverdale, Maryland, for Petitioner. Peter D. Keisler, Assistant Attorney General, Linda S. Wendtland, Assistant Director, Saul Greenstein, OFFICE OF IMMIGRATION LITIGATION, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Saba Getachew Tefera, a native and citizen of Ethiopia, petitions for review of an order of the Board of Immigration Appeals ("Board") construing her motion to reconsider as a motion to reopen and denying the motion as barred by the numerical limitation set forth in 8 C.F.R. § 1003.2(c)(2) (2004).  We have reviewed the record and the Board's order and find no abuse of discretion.  Accordingly, we deny the petition for review on the reasoning of the Board.  See In re: Tefera, No. A79-477-667 (B.I.A. June 29, 2004).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED